31 F.3d 1173
 Parks (Mrs. Sandra, Trevor)
v.
Greencastle-Antrim School District, Pascale (Dr. Robert),
Superintendent, Appleby (Jack), Principal, Hoover (C.
Gregory), Assistant Principal, Greencastle-Antrim School
Board Members, Kinney (John E.), School Board President,
Barkdoll (Elizabeth), Myers (Hal), Rhoe (Kenneth), Shelly
(Earl), Miller (Steven F.), Lugar (Robert), Neal (Ethel
Mortar), House (Glen), Tuscarora School District, Rabold
(Dr. Ted), Superintendent, Beaumont
 NO. 93-7663
 United States Court of Appeals,
Third Circuit.
 July 14, 1994
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 AFFIRMED IN PART, VACATED IN PART.